IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20905
Conference Calendar
_____

SONIA MARIE MCMORRIS,

Plaintiff-Appellant,

versus

CARSEY WERNER; KODA-FM; MAGIC 102 KMJQ; NOBLE BROADCAST
GROUP; PRAIRIE VIEW A & M UNIVERSITY; CHANNEL 26 KRIV;
HARPO PRODUCTIONS; ARSENIO HALL COMMUNICATIONS; PAULA
ABDUL/VIRGIN RECORDS; KHOU-TV CHANNEL 11; CHANNEL TWO;
PARAMOUNT STATIONS, doing business as KTXH Channel-20;
CLARK ATLANTA UNIVERSITY-WCLK,

Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-91-CV-3234
---------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Sonia Marie McMorris seeks leave to proceed in forma pauperis ("IFP") on appeal charging that the "defendant(s) while within their respective areas of employment misused position to `coerse' [sic] plaintiff and `other victims' to speak and/or act in a manner of defendant(s) preference." Because McMorris has not demonstrated that she will raise a nonfrivolous issue on appeal, her motion to proceed IFP is DENIED. See Howard v. King,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

707 F.2d 215, 220 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.

IFP MOTION DENIED; APPEAL DISMISSED.